recorded for DCFS in each of these documents was incorrect.[8] These errors apparently went undetected during the examination and title issuance process. In due course, "paperless" electronic records of title and lien filings were generated by the Idaho Transportation Department and issued to DCFS.[9]

In November 2007, DCFS apparently sought to correct the errors concerning its mailing address which existed in the Idaho Transportation Department's electronic records. It is unclear precisely how or when DCFS

---

[8] In the documents submitted to the Assessor's Office, DCFS lists its address as P.O. Box. 997536, Sacramento, CA 95899. However, the Applications for Certificates of Title generated by the Assessor's Office list the address of DCFS as P.O. Box 997533 for the pickup, and P.O. Box 997530 for the Durango. *Compare* Docket No. 79 at Attachment I, *with* Docket No. 79 at Attachment E.

[9] Idaho Code § 49-505 allows the Idaho Transportation Department to create a paperless electronic record of title and lien filing in lieu of issuing a paper certificate of title, where the lien holder and the Idaho Transportation Department so agree in writing. There is no such agreement in the record, but the Court presumes one exists, since the parties concur that no paper certificate of title was ever generated or issued by the Idaho Transportation Department.

MEMORANDUM OF DECISION - 6